BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, ILSB #6243708**
Thomas.Ratcliffe@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00448-IM |
| v. | MOTION TO UNSEAL |
| ADRIAN RUBEN DE LOS RIOS | |
| Defendant. | |

The United States of America, by Billy J. Williams, United States Attorney for the

District of Oregon and through Assistant United States Attorney Thomas S. Ratcliffe, moves this

Court for an order unsealing the above listed matter

Dated: October 7, 2020                              Respectfully submitted,

                                                    BILLY J. WILLIAMS
                                                    United States Attorney

                                                    */s/ Thomas S. Ratcliffe*
                                                    THOMAS S. RATCLIFFE, ILSB #6243708
                                                    Assistant United States Attorney